# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0350, <u>John P. Ford & a. v. Kenneth T. Stys & a.</u>, the court on May 9, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiffs, John P. Ford, individually and as beneficiary of the Cooper Farm Airfield Trust, and John P. Ford and Karen L. Ford as trustees of the Ford Family Revocable Trust, appeal an order of the Superior Court (<u>Tucker</u>, J.) on their complaint for declaratory and injunctive relief against the defendants, Kenneth T. Stys and Gen Marie Stys, and Kenneth T. Stys as trustee of the Cooper Farm Airfield Trust, relating to disputes over the use of certain easements.

As the appealing parties, the plaintiffs have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiffs' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**